_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
April 06, 2022

George Haines, Esq.
State Bar No. 9411
Benjamin M. Chambliss, Esq.
State Bar No. 11536
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste. 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
info@freedomlegalteam.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re: | Case No: BK-S-16-12823-ABL |
|---|---|
| LUIS ERNESTO PADILLA-ROMERO, | Chapter 13 |
| Debtor(s). | |

## ORDER APPROVING STIPULATION ESTABLISHING NONDISCHARGEABILITY AND TREATMENT OF MORTGAGE DEBT IN DEBTOR'S MODIFIED PLAN #

Upon review of the Stipulation between Luis Ernesto Padilla-Romero ("Debtor"), and U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR THE IGLOO SERIES IV TRUST ("U.S. Bank"), and for good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is APPROVED;

IT IS FURTHER ORDERED that that the pre-petition arrears in U.S. Bank's amended Claim #1 shall not be discharged under 11 U.S.C. § 1328 or any other section of Title 11;

1

IT IS FURTHER ORDERED that all unpaid post-petition mortgage arrears owed to U.S. Bank shall not be discharged under 11 U.S.C. § 1328 or any other section of Title 11;

IT IS FURTHER ORDERED that U.S. Bank shall retain all of its state law rights and remedies with respect to the Property and the amounts owed to U.S. Bank pursuant to its loan secured by the Property;

IT IS FURTHER ORDERED that U.S. Bank has consented to the treatment of its claim in Debtor's proposed Modified Plan #5 and has accepted the Plan pursuant to 11 U.S.C. § 1325(a)(5)(A);

IT IS SO ORDERED.

Respectfully submitted by:

/s/ Benjamin M. Chambliss, Esq.
Benjamin M. Chambliss, Esq.
FREEDOM LAW FIRM, LLC
*Attorneys for Debtor*

Approved as to Form and Content by:

/s/ Matthew Dayton, Esq.
Matthew Dayton, Esq.
GHIDOTTI BERGER
*Attorneys for U.S. Bank*

###